# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| REBECCA OBERDORF AND MICHAEL PRINS, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>TRINITY HEALTH CORPORATION, MERCY HEALTH NETWORK, INC. and MERCY MEDICAL CENTER – CLINTON, INC.,<br>Defendants. | Civil Case No. CVCV065663 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332(d), 1441(a), and 1446, Trinity Health Corporation, Mercy Health Network, Inc., and Mercy Medical Center – Clinton, Inc., (collectively "Trinity") submits notice of its removal of this action, captioned *Rebecca Oberdorf and Michael Prins, on behalf of themselves and all others similarly situated v. Trinity Health Corporation, Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc.* and bearing civil case number CVCV065663, from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa. Pursuant to 28 U.S.C. § 1446(a), Trinity states as follows:

### VENUE

1. On June 12, 2023, Rebecca Oberdorf and Michael Prins ("Plaintiffs") filed a petition in the Iowa District Court for Polk County ("State Court Action") against Trinity. (Compl., ¶ 1). A true and correct copy of the petition along with all other pleadings filed in the State Court Action are attached as **Exhibit A**.

2. The Iowa District Court for Polk County is located within this District. Pursuant to 28 U.S.C. § 1446(a), Trinity files this notice "in the district court of the United States for the district

and division within which such action is pending."

3. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1441(a) because Plaintiffs allege loss occurring within this district. (Compl., ¶¶ 1, 16-20).

## JURISDICTION

4. Subject matter jurisdiction exists under 28 U.S.C. § 1331 because as alleged in the petition, Plaintiffs' alleged claims involve and arise from federal statutes, including HIPAA, 45 C.F.R. §164 (Compl., ¶¶ 175-177, 210-218) and the Federal Trade Commission Act, 15 U.S.C. § 45 (Compl., ¶¶174, 177-180, 194).

5. Diversity jurisdiction exists under the Class Action Fairness Act, 28 U.S.C. § 1332(d) where: (1) the matter is a class action; (2) the amount in controversy exceeds the sum or value of $5 million, exclusive of interests and costs; and (3) any member of the proposed class is diverse from any single defendant. This case satisfies 28 U.S.C. § 1332(d) because: (1) the plaintiffs allege a putative class action; (2) the plaintiffs allege that the class seeks an amount in excess of $5 million exclusive of interests and costs; and (3) diversity exists because the named Plaintiffs are diverse from Trinity Health Corporation.

6. For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1). Trinity Health is incorporated in Indiana and maintains its principal place of business in Michigan. (Compl., ¶ 18). Plaintiffs are each citizens of Iowa. (Compl., ¶¶ 16-17). As a result, this matter satisfies 28 U.S.C. § 1332(d) because one member of the proposed class (the Plaintiffs) are diverse from one defendant (Trinity Health Corporation).

## OTHER REMOVAL REQUIREMENTS

7. All other removal requirements have been satisfied under 28 U.S.C. § 1446.

8. On June 26, 2023, Plaintiffs served Trinity with the Complaint. The last date of removal is July 26, 2023. Trinity hereby files this Notice of Removal within 30 days thereof pursuant to 28 U.S.C. § 1446(b)(1).

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served on Trinity and filed in the State Court Action are attached hereto as **Exhibit A**.

**WHEREFORE**, Trinity Health Corporation, Mercy Health Network, Inc., and Mercy Medical Center – Clinton, Inc., hereby remove this action from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa. By filing this Notice of Removal, no party waives any defenses that may be available to it and reserves all such defenses.

Respectfully submitted,

*/s/ Scott Schmookler*
Scott Schmookler*
Thomas J. Joenson  AT0003868
Jenna M. Miller*
GORDON REES SCULLY MANSUKHANI
One North Franklin, Suite 800
Chicago, IL 60606
(312) 565-1400
*sschmookler@grsm.com*
*tjoensen@grsm.com*
*jmmiller@grsm.com*

*Counsel for Defendants Trinity Health Corporation, Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was filed via this Court's CM/ECF System and served upon all counsel of record via electronic mail.

| | |
|---|---|
| J. Barton Goplerud<br>Brian O. Marty<br>SHINDLE ANDERSON GOPLERUD & WEESE PC.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>T: 515-223-4567<br>F: 515-223-8887<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br>*Counsel for Plaintiff* | Mason A. Barney<br>Tyler J. Bean<br>SIRI & GLIMSTAD LLP<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>212-532-1091<br>mbarney@sirillp.com<br>tbean@sirillp.com<br>*Counsel for Plaintiff* |

/s/ *Thomas J. Joensen*
Thomas J. Joensen

*Counsel for Defendants Trinity Health Corporation, Mercy Health Network, Inc. and Mercy Medical Center – Clinton, Inc.*